UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 24-20295-CR-BECERRA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

STIVEN JOSE FLORES,
    Defendant.
_____/

## WAIVER OF RIGHT TO SPEEDY TRIAL

STIVEN JOSE FLORES, by and through his undersigned Counsel, hereby gives Notice to the Court that he has discussed with counsel his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161. Counsel and Defendant acknowledges and certify that STIVEN JOSE FLORES, hereby waives his rights to a speedy trial to a time beyond the time limits and exclusions set forth is said "Speedy Trial Act".

Respectfully submitted,

/s/ *Dianne E. Caramès*
Dianne E. Caramès
Fla. Bar No. 68419
Puglisi Carames
10 Canal Street
Suite 328
Miami Springs, FL 33166
Tel: (305) 607-8078
Email: dianne@puglisicarames.com

1

## AFFIDAVIT

I, STIVEN JOSE FLORES, acknowledge that I have been advised by my counsel of my right to speedy trial and hereby waive my right pursuant to the Speedy Trial Act. I acknowledge that the instant speedy trial waiver is in my best interest and that I am aware of, and agree with, the filing of the Motion to Continue in this matter. I understand and am in agreement that the period of delay will be considered excludable time under the Speedy Trial Act. I am waiving my right freely and voluntarily, with no coercion, threats or promises of any kind.

_____
STIVEN JOSE FLORES

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the United States Attorney's Office, Southern District of Florida.

/s/ Dianne E. Caramès
Dianne E. Caramès