UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 24-20295-CR-BECERRA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

STIVEN JOSE FLORES,
    Defendant.
_____/

**WAIVER OF RIGHT TO SPEEDY TRIAL**

STIVEN JOSE FLORES, by and through his undersigned Counsel, hereby gives Notice to the Court that he has discussed with counsel his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161. Counsel and Defendant acknowledges and certify that STIVEN JOSE FLORES, hereby waives his rights to a speedy trial to a time beyond the time limits and exclusions set forth is said "Speedy Trial Act" and specifically agrees that the time period between the date of the filing of this Waiver through the end of the trial period to be rescheduled by the Court is to be excluded from the Speedy Trial clock.

Respectfully submitted,

/s/ *Dianne E. Caramès*
Dianne E. Caramès
Fla. Bar No. 68419
Puglisi Carames
10 Canal Street
Suite 328
Miami Springs, FL 33166
Tel: (305) 607-8078
Email: dianne@puglisicarames.com

1

## AFFIDAVIT

I, STIVEN JOSE FLORES, acknowledge that I have been advised by my counsel of my right to speedy trial and hereby waive my right pursuant to the Speedy Trial Act. I acknowledge that the instant speedy trial waiver is in my best interest and that I am aware of, and agree with, the filing of the Motion to Continue in this matter. I understand and am in agreement that the period of delay will be considered excludable time under the Speedy Trial Act. I am waiving my right freely and voluntarily, with no coercion, threats or promises of any kind. This document was translated from English to Spanish. (Este documento fue traducido del Ingles al Espanol.)

_____
STIVEN JOSE FLORES

## CERTIFICATE OF SERVICE

I hereby certify that on or about May 29, 2025, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the United States Attorney's Office, Southern District of Florida.

/s/ Dianne E. Caramès
Dianne E. Caramès