# COURT MINUTES

# Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**                                  Date: 09/25/2025  Time: 1:30 P.M.

Defendant: Stiven Jose Flores        J#: 12523-506   Case #: 24-CR-20295-BECERRA

AUSA: Yvonne Rodriguez-Schack                Attorney: Dianne Elizabeth Carames-CJA

Violation:  Conspiracy to Possess w/ Intent to Distribute;Possession w/ Intent to Distribute

Proceeding: Change of Plea                              CJA Appt:

Bond/PTD Held: ○ Yes  ○ No        Recommended Bond:

Bond Set at: STIP- $250K CSB W/ Nebbia W/Right to revisit.  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language:  Spanish

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

| Disposition: |
| --- |
| **Brady Order Given 07/08/24** |
| Defendant sworn. |
| PSR Ordered. |
| Defendant shall remain in custody. |
| R&R to follow. |
| |
| |
| |
| |
| |
| |
| |
| Time from today to _____ excluded from Speedy Trial Clock |

**NEXT COURT APPEARANCE**    Date:              Time:            Judge:                    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:32:07                                        Time in Court: 35 Mins