UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 24-cr-20295-JB

        Plaintiff,

vs.

STIVEN JOSE FLORES,

        Defendant.
_____/

## DEFENDANT STIVEN FLORES' NOTICE OF RESOLUTION

**COMES NOW**, Mr. STIVEN JOSE FLORES, the above-named defendant, , through undersigned counsel, and submits the following Notice of Resolution to his Preliminary Objections to the Presentence Investigation Report (PSR) [D.E. 192]:

<u>Objection to Paragraph 5</u>:

    Has been resolved by way of the Addendum to the Presentence Report, reflecting Mr. Flores was arrested by the US Coast Guard on June 26, 2024. [D.E. 206-1].

<u>Objection to Paragraph 15</u>:

    Remains unresolved.

<u>Objection to Paragraph 19</u>:

    Has been resolved by way of the Addendum to the Presentence Report, reflecting a two (2) level decrease because he is "safety valve" eligible. [D.E. 206-1].

<u>Objection to paragraph 23</u>:

    This issue remains unresolved.

<u>Objection to paragraph 25</u>:

    This issue remains unresolved.

<u>Objection to paragraph 29 and paragraph 61</u>:

This issue remains unresolved.

<u>Objection to paragraph 72</u>:

This issue remains unresolved.

<u>Objection to paragraph 73</u>:

This issue remains unresolved.

**WHEREFORE** Mr. Flores requests that this Honorable Court sustain the unresolved objections to the PSR.

Respectfully submitted,

/s/ Dianne E. Caramès
Dianne E. Caramès
Fla. Bar No. 068419

Puglisi Carames
10 Canal Street
Suite 328
Miami Springs, FL 33166
Tel: (305) 403-8063
Fax: (305) 379-6668
Dianne@PuglisiCarames.com

CERTIFICATE OF SERVICE

I HEREBY certify that on December 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dianne E. Caramès