UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO: 24-cr-20295-JB

        Plaintiff,

vs.

STIVEN JOSE FLORES,

        Defendant.
_____/

### NOTICE OF FILING LETTER IN AID OF SENTENCING

Defendant, STIVEN JOSE FLORES, respectfully files this Notice of Filing Letter in Aid of Sentencing. Please see the enclosed a letter, which Mr. Jose Flores asks this Honorable Court to consider in aid of sentencing, attached as Exhibit 1 to this Notice.

Respectfully submitted,

/s/ *Dianne E. Caramès*
Dianne E. Caramès
Fla. Bar No. 68419
Puglisi Carames
10 Canal Street, Suite 328
Miami, FL 33166
Tel: (305) 403-8063
Fax: (305) 379-6668
Email: Dianne@PuglisiCarames.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2025, a true and correct copy of the foregoing document was filed via CM/ECF and thereby delivered to counsel of record.

/s/ *Dianne E. Caramès*
Dianne E. Caramès