Stiven José Flores hombre responsable trabajador dedicado a su familia el es pescador pero debido a que muchas veces el tiempo en la mar se pone muy malo tenía que obtar por la agricultura ya que los niños son asmaticos y con un tratamiento constante para el asma no podía dejar de trabajo muchas veces tenía que trabajar en la albañilería para que los niños no le falte el Tratamiento.

debido a la situación que el esta pasando se me hace difícil cumplir con el tratamiento de los niños ya que el hera que traia el sustento en el hogar